(21 App. Div. 190.)

## PRINCE v. BRETT.

(Supreme Court, Appellate Division, Second Department. October 12, 1897.)

EXEMPTIONS—EARNINGS FROM SERVICES.

Money received by a saloon keeper in the conduct of his business cannot be regarded as earnings from his personal services, so as to be exempt from seizure or other interference, under Code Civ. Proc. § 2463, in supplementary proceedings.

Appeal from special term.

Action by Adolf Prince against Patrick W. Brett. Judgment for plaintiff. From an order denying a motion to punish the judgment debtor for contempt for disobedience of an order forbidding any transfers of property, plaintiff appeals. Reversed.

Argued before GOODRICH, P. J., and CULLEN, BARTLETT, HATCH, and BRADLEY, JJ.

Samuel D. Lasky, for appellant.

William J. Marshall, for respondent.

PER CURIAM. The defendant, a saloon keeper, admitted that, subsequent to the service upon him of the injunction order, he paid away moneys received by him in the conduct of his business from the sale of his stock. It is urged that these moneys were not his own, but the property of the brewer whose agent it is claimed he was. The defendant's examination fails to show that his relation to the brewer was that of agent to principal. On the contrary, it distinctly appears that the relation between the parties was merely that of debtor and creditor. Money received by a saloon keeper in the conduct of his business cannot be regarded as earnings from his personal services. Mulford v. Gibbs, 9 App. Div. 490, 41 N. Y. Supp. 273. The debtor violated the injunction, and the motion should have been granted.

Order reversed, with $10 costs and disbursements, and motion granted, and proceedings remitted to the special term to fix the amount of the fine.